AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pannell, Charles A. | District Court-N.D.of Georgia | 3/26/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.District Judge (senior) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

2367 U. S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303-3309

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Executor | Estate No. 1 |
| 2. | Operator | Farm #1 |
| 3. | Power of Attorney | Trust No. 1 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Association of County Commissioners of Georgia Pension Trust | $1,347.72 |
| 2. | 2013 | Georgia Judicial Retirement System | $89,392.32 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Teachers Retirement System of Georgia |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 3/26/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 3/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Timberland, _____ , 1/3 Interest | | None | N | W | Sold (part) | 08/05/13 | K | E | Plains Logging Co.- Timber |
| 2. Rental Property #1, _____ | | None | J | W | | | | | |
| 3. Estate #1 | | | | | | | | | |
| 4. -Farm #1 _____ | B | Rent | O | W | | | | | |
| 5. - First National Bank (Savings Accounts and CDs) | B | Interest | M | T | | | | | |
| 6. - Cohutta Bank Account | A | Interest | J | T | | | | | |
| 7. Brokerage Account #1 | | | | | | | | | |
| 8. - Synovus, Common Stock (SNV) | A | Dividend | J | T | | | | | |
| 9. -Total Sys Svcs (TSS) | A | Dividend | K | T | | | | | |
| 10. -Federated MOISS (QFMOQ) | A | Dividend | J | T | | | | | |
| 11. Brokerage Account #2 | | | | | | | | | |
| 12. - American Funds - Investment Company of America (AIVSX) | A | Dividend | K | T | | | | | |
| 13. - American Funds - Growth Fund of America (AGTHX) | A | Dividend | K | T | | | | | |
| 14. - American Funds - Small Cap World Fund (SMCWX) | A | Dividend | J | T | | | | | |
| 15. - American Funds - New World Fund (NEWFX) | A | Dividend | J | T | | | | | |
| 16. - American Funds - EUPAC (AEPGX) | A | Dividend | J | T | | | | | |
| 17. -American Funds Bond Fund of America (ABNDX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 3/26/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -American Funds High Income (AHITX) | A | Dividend | J | T | | | | | |
| 19. Brokerage Account #3 | | | | | | | | | |
| 20. -FDRXX | A | Dividend | | | Sold | 03/04/13 | J | | |
| 21. -Money Market, Fidelity Investments | A | Interest | K | T | | | | | |
| 22. -Tyson Foods (TSN) | A | Dividend | K | T | Buy (add'l) | 03/25/13 | J | | |
| 23. -Synous Common Stock (SNV) | A | Dividend | J | T | | | | | |
| 24. -Apple, In (AAPL) | A | Dividend | J | T | Buy | 02/14/13 | J | | |
| 25. -Bank of Internet (BOFI) | | None | J | T | Buy | 07/14/13 | J | | |
| 26. -Chart Inds, Inc.. (GTLS) | | None | J | T | Buy | 07/05/13 | J | | |
| 27. -Costco Wholesale Corp. (COST | A | Dividend | J | T | Buy | 03/04/13 | J | | |
| 28. -Catamaran Corp. (CTRX) | | None | | | Buy | 06/19/13 | J | | |
| 29. | | | | | Sold | 07/18/13 | J | | Loss |
| 30. -Core Laboratories (CLB) | A | Dividend | J | T | Buy | 05/13/13 | J | | |
| 31. -Ford Motor Co. (F) | A | Dividend | J | T | Buy | 07/29/13 | J | | |
| 32. -Mastec (MTZ) | | None | J | T | Buy | 08/19/13 | J | | |
| 33. -Middleby Corp. (MIDD) | | None | J | T | Buy | 05/20/13 | J | | |
| 34. -Priceline Com Inc. (PCLN) | | None | J | T | Buy | 05/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 3/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Suntrust Bank (STI) | A | Dividend | J | T | Buy | 03/18/13 | J | | |
| 36. -Tile Shop HLD Inc. (TTS) | | None | J | T | Buy | 02/14/13 | J | | |
| 37. | | | | | Sold (part) | 07/15/13 | J | A | |
| 38. -Tractor Supply co. (TSCO) | | None | J | T | Buy | 12/06/13 | J | | |
| 39. -Western REFNG Inc. (WNR) | A | Dividend | J | T | Buy | 02/14/13 | J | | |
| 40. -Whole Foods Mkt Inc. (WFM) | A | Dividend | J | T | Buy | 03/04/13 | J | | |
| 41. Roth IRA #1 Fidelity Investments | | None | | | Closed | 02/14/13 | J | A | |
| 42. - LSI | | None | | | Sold | 02/14/13 | J | A | |
| 43. Roth IRA #2 Fidelity Investments Cash Reserves | A | Interest | J | T | | | | | |
| 44. Farm #2, [          ], limited interest | | None | L | W | | | | | |
| 45. Trust #1 | | | | | | | | | |
| 46. -First National Bank (CDs) | B | Interest | M | T | | | | | |
| 47. -Suntrust Bank (money market and checking) | A | Interest | K | T | | | | | |
| 48. -House, Fulton County, Georgia | | None | O | W | | | | | |
| 49. -Employee's Retirement of Georgia | | None | | | | | | | See Note |
| 50. -Farm #2, [          ] partial ownership | B | Rent | K | W | | | | | |
| 51. -Timberland, [          ] | | None | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 3/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Cohutta Checking Acct | A | Interest | J | T | | | | | |
| 53. Rollover IRA | | | | | | | | | |
| 54. -JPMorgan US Gov. MMKT Fds | A | Dividend | J | T | | | | | |
| 55. -Mainstay Funds High Yield Bond (MHYIX) | A | Dividend | J | T | | | | | |
| 56. -AMCAP CL F2 (AMCFX) | B | Dividend | K | T | | | | | |
| 57. -ARTISAN MID CAP FD (ARTMX) | A | Dividend | J | T | | | | | |
| 58. -ARTISAN Small CAP FD (ARTVX) | A | Dividend | J | T | | | | | |
| 59. -Columbia Dividend Income (GSFTX) | A | Dividend | K | T | | | | | |
| 60. -Janus Investment Triton (JATTX) | A | Dividend | J | T | | | | | |
| 61. -Janus Investment Perkins Mid Cap (JMCVX) | A | Dividend | J | T | | | | | |
| 62. -Oppenheimer Dev Markets (ODVYX) | A | Dividend | J | T | | | | | |
| 63. -JPMorgan Trst II (OMBIX) | A | Dividend | J | T | | | | | |
| 64. -Principal Inc. PFD (PPSPX) | A | Dividend | J | T | | | | | |
| 65. -Templeton Global Invt (TGBAX) | A | Dividend | | | Sold | 10/17/13 | J | | |
| 66. -Templeton Intl Bond (FIBZX) | | | | | Buy | 10/17/13 | J | | |
| 67. -Thornburg Invt TR INTL Value (TGVIX) | A | Dividend | J | T | | | | | |
| 68. -DWS Alternative Asset (AAASX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 3/26/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Loomis Sayles FDS II INVEST Grade Bond (LSIIX) | A | Dividend | K | T | | | | | |
| 70. Wells Fargo Savings Account | A | Interest | J | T | | | | | |
| 71. First National Bank, Accounts Checking and Money Market | A | Interest | K | T | | | | | |
| 72. Cohutta Bank Checking and MMKT | A | Interest | K | T | | | | | |
| 73. Associated Credit Union Money Market and Checking | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 3/26/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions: Further clarification to Answer 2 "Operator".

Part VII. INVESTMENTS AND TRUSTS

Lines 49: This is fixed retirement income. I have control by power of attorney. No value past the death of the beneficiary. (Per instruction VII, Para. C. Income, page 45.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles A. Pannell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544